

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

January 11, 2008

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Ms. Krysten J. Coppoletta
United States District Court
Everett McKinley Dirksen United States
Courthouse, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

**07CV7266**

**JUDGE BUCKLO**

Re: MDL 1784  In Re: McDonald's Franch Fries Litigation

Transfer of our Civil Case No. CV 07-07615 JFW (Ex)

Case Title: RK, a minor, by & through her Guardian ad Litem, Shilo Knoll -v- McDonald

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with a copy of the order and a certified copy of the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

**FILED**

JAN 1 6 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Very truly yours,

Clerk, U.S. District Court

By J. Lam (213) 894-7982
Deputy Clerk

cc: All counsel of record
    Clerk, MDL Panel

---

### TO BE COMPLETED BY RECEIVING DISTRICT

Receipt is acknowledged of the documents described herein and, if not already assigned, we have assigned this matter the following case number: _____.

Clerk, U.S. District Court

By _____
Deputy Clerk

CV-117 (5/00)  TRANSMITTAL LETTER - MDL CASE TRANSFER OUT

Case 2:07-cv-07615-JFW-E   Document 28   Filed 01/08/2008   Page 1 of 1

UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.   **CV 07-7615-JFW (Ex)**   Date: January 8, 2008

Title:   RK, a minor, by and through her Guardian ad Litem, Shilo Knoll -v- McDonald's Corporation, et al.

---

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Shannon Reilly                     None Present
Courtroom Deputy                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
None                                  None

PROCEEDINGS (IN CHAMBERS):   ORDER DENYING PLAINTIFF'S MOTION TO REMAND AS MOOT; and

VACATING SCHEDULING CONFERENCE

In light of the transfer of this action by the United States Judicial Panel on Multidistrict Litigation to the United States District Court for the Northern District of Illinois, Plaintiff's Motion to Remand is **DENIED as Moot**. In addition, the Scheduling Conference currently set for February 4, 2008, at 8:30 a.m., in this Court is hereby **VACATED**.

IT IS SO ORDERED.

The Clerk shall serve a copy of this Minute Order on all parties to this action.

FILED
JAN 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I hereby attest and certify on 1/11/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy

0136

07CV7266
JUDGE BUCKLO

Initials of Deputy Clerk  sr

(Rev. 10/1/04)

(Ex), CLOSED, DISCOVERY, MANADR, TRANSFERRED

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CIVIL DOCKET FOR CASE #: 2:07-cv-07615-JFW-E**

R. K. et al v. McDonald's Corporation et al
Assigned to: Judge John F. Walter
Referred to: Magistrate Judge Charles F. Eick
Case in other court: Superior Court of CA for the County of Los Angeles, PC 041430
Cause: 28:1446 Notice of Removal - Personal Injury

Date Filed: 11/21/2007
Date Terminated: 01/08/2008
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**R. K.**
*a minor, by and through her Guardian Ad Litem*
Shilo Knoll

represented by **Paul E Heidenreich**
Huskinson and Brown
865 Manhattan Beach Boulevard Suite 200
Manhattan Beach, CA 90266
310-545-5459
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**07CV7266**
**JUDGE BUCKLO**

**Plaintiff**

**Shilo Knoll**
*as parent and legal guardian of her Daughter R.K.*

represented by **Paul E Heidenreich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**McDonald's Corporation**
*a Foreign Corporation*

represented by **Elizabeth D Mann**
McDermott Will and Emery
2049 Century Park East 34th Floor
Los Angeles, CA 90067
310-277-4110
Email: emann@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey A Vance**
McDermott Will and Emery
227 West Monroe Street Suite 4400
Chicago, IL 60606
312-372-2000
Email: gvance@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Neal Goldberg**
McDermott Will & Emery
2049 Century Park E, 34th Fl
Los Angeles, CA 90067-3208
310-277-4110
Email: jgoldberg@mwe.com

FILED
JAN 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I hereby attest and certify on 1/11/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy

0136

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Pope**
McDermott Will and Emery
227 West Monroe Street Suite 3100
Chicago, IL 60606
312-372-2000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Tunney Management, Inc.                 represented by    **Elizabeth D Mann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey A Vance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Neal Goldberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Pope**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Allen Lipin

**Defendant**

DOES
*1 Through 100 inclusive*

**Defendant**

McDonald's Restaurants of California, Inc.    represented by    **Elizabeth D Mann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey A Vance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Neal Goldberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Pope**
McDermott Will Emery
227 West Monroe Street Suite 4400
Chicago, IL 60606

312-372-2000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2007 | 1 | NOTICE OF REMOVAL from Superior Court of CA for the County of Los Angeles, case number PC 041430 with CONFORMED FILED copy of summons and complaint. Case assigned to Judge John F. Walter, Discovery to Magistrate Judge Charles F. Eick. (Filing fee $ 350 PAID. ), filed by Defendants Tunney Management, Inc., McDonald's Corporation. (et) (Entered: 11/27/2007) |
| 11/21/2007 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendant McDonald's Corporation. (et) (Entered: 11/27/2007) |
| 11/21/2007 | 3 | PROOF OF SERVICE filed by Defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation, re Notice of Removal, [1], Certificate of Interested Parties[2] served on 11/21/2007. (et) (Entered: 11/27/2007) |
| 11/21/2007 | 4 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed. (et) (Entered: 11/27/2007) |
| 11/21/2007 | 5 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Geoffrey A Vance for Defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation. (et) (Entered: 11/27/2007) |
| 11/21/2007 | 6 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Michael A Pope for Defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation. (et) (Entered: 11/27/2007) |
| 11/21/2007 | | FAX number for Attorney Paul E Heidenreich is 310-546-1019. (et) (Entered: 11/27/2007) |
| 11/21/2007 | | FAX number for Attorney Jeffrey Neal Goldberg, Elizabeth D Mann is 310-277-4730. (et) (Entered: 11/27/2007) |
| 11/27/2007 | 7 | NOTICE of Pendency of Other Actions filed by Defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation. (vh) (Entered: 12/03/2007) |
| 11/27/2007 | 8 | NOTICE of Related Case(s) filed by Defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation. Related Case(s): CV 06-1848 FMC (AJWx), CV 06-1727 RGK (RCx) (m) (Entered: 12/03/2007) |
| 11/28/2007 | 10 | STIPULATION Extending Time to Respond to complaint that Defendants shall have an additional thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint filed by defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation. (jp) (Entered: 12/07/2007) |
| 11/28/2007 | 11 | PROOF OF SERVICE regarding Notice of assignment to United States Magistrate Judge for Discovery; USDC, Central District of California Notice to Counsel; USDC, Central District of California Civility and Professionalsim Guidelines; Notice to Parties of ADR Pilot Program; ADR Pilot Program Questionnaire (see document for further details), served on 11/28/2007 filed by defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation. (jp) (Entered: 12/07/2007) |
| 12/05/2007 | 9 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 07-02 (Related Case) filed. Transfer of case declined by Judge R. Gary Klausner, for the reasons set forth on this order. Related Case No. CV 06-1727 RGK (RCx) (m) (Entered: 12/05/2007) |
| 12/07/2007 | 14 | NOTICE OF FILING of Potential Tag-Along to MDL-1784 filed by Defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's |

| | | |
|---|---|---|
| | | Corporation. (vh) (Entered: 12/13/2007) |
| 12/10/2007 | 12 | APPLICATION OF NON-RESIDENT ATTORNEY Geoffrey A. Vance for Leave to Appear Pro Hac Vice. FEE PAID, filed by defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation. Lodged Order. (jp) (Entered: 12/11/2007) |
| 12/10/2007 | 13 | APPLICATION OF NON-RESIDENT ATTORNEY Michael A Pope for Leave to Appear Pro Hac Vice. FEE PAID, filed by defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation. Lodged Order. (jp) (Entered: 12/11/2007) |
| 12/14/2007 | 15 | STANDING ORDER by Judge John F. Walter: READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES; Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed 25 pages; replies shall not exceed 12 pages (see document for further details). (jp) (Entered: 12/14/2007) |
| 12/14/2007 | 16 | ORDER by Judge John F. Walter Granting APPLICATION OF NON-RESIDENT ATTORNEY Geoffrey A. Vance for Leave to Appear Pro Hac Vice on behalf of Defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation. Elizabeth Mann is designated as local counsel (FEE PAID) 12. (jp) (Entered: 12/15/2007) |
| 12/14/2007 | 17 | ORDER by Judge John F. Walter Granting APPLICATION OF NON-RESIDENT ATTORNEY Michael A Pope for Leave to Appear Pro Hac Vice on behalf of Defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation. Elizabeth Mann is designated as local counsel (FEE PAID) 13. (jp) (Entered: 12/15/2007) |
| 12/18/2007 | 18 | PROOF OF SERVICE filed by Defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation, re Order on Application of Non-Resident Attorney to Appear (G-64) - Granted, Order on Application of Non-Resident Attorney to Appear (G-64) - Granted 16 served on 12/17/07. (vh) (Entered: 12/26/2007) |
| 12/18/2007 | 19 | PROOF OF SERVICE filed by Defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation, re Order, 15 served on 12/17/07. (vh) (Entered: 12/26/2007) |
| 12/18/2007 | 20 | PROOF OF SERVICE filed by Defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation, re Order on Application of Non-Resident Attorney to Appear (G-64) - Granted, Order on Application of Non-Resident Attorney to Appear (G-64) - Granted 17 served on 12/17/07. (vh) (Entered: 12/26/2007) |
| 12/20/2007 | 21 | DEFENDANTS' UNOPPOSED EXPARTE APPLICATION for an Extension of Time to respond to the complaint; Memorandum in Support Thereof, filed by defendant Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation. Lodged Defendants' Proposed Order. (bm) (Entered: 12/27/2007) |
| 12/20/2007 | 22 | DECLARATION of Jeffrey N. Goldberg and exhibits in support of Defendants' Unopposed EXPARTE APPLICATION for Extension of Time to respond to the complaint [21] filed by Defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation. (bm) (Entered: 12/27/2007) |
| 12/20/2007 | 24 | NOTICE OF MOTION AND MOTION to Remand; Memorandum of Points and Authorities; Declaration of Paul Heidenreich; REQUEST for Sanctions of $3,825.00 filed by plaintiff R. K., Shilo Knoll. Motion set for hearing on 1/14/2007 at 01:30 PM before Judge John F. Walter. (jp) (Entered: 12/30/2007) |
| 12/21/2007 | 23 | ORDER GRANTING DEFENDANTS' UNOPPOSED EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT by Judge |

| | | |
|---|---|---|
| | | John F. Walter [21]: The Court is satisfied that good cause exists to grant the requested extension and therefore grants Defendants' unopposed ex parte application. It is hereby ORDERED that defendants McDonald's Corporation, McDonald's Restaurants of California, Inc., and Tunney Management, Inc. shall have ten (10) days after the final resolution of the Transfer Issue and Remand Issue to respond to Plaintiff's complaint. (bm) (Entered: 12/27/2007) |
| 12/27/2007 | 26 | NOTICE of Order Granting Defendants UNOPPOSED EXPARTE APPLICATION for Extension of Time to File response to the complaint [21] filed by Defendants McDonald's Restaurants of California, Inc., McDonald's Corporation. (jp) (Entered: 01/05/2008) |
| 01/02/2008 | 25 | MINUTES OF IN CHAMBERS before Judge John F. Walter: COURT ORDER. Counsel are hereby notified that a Scheduling Conference has been set for 2/4/2008 at 08:30 AM. Lead Trial Counsel shall attend all proceedings before this Court, including the Scheduling Conference. Counsel are directed to comply with Rule 26(f) of the Federal Rules of Civil Procedure and LocalRule 26-1 in a timely fashion and to file a Joint Rule 26(f) Report and an ADR Pilot Program Questionnaire on or before 1/28/2008. The Court requests that a conformed courtesy copy of the report be delivered to chambers on the day it is filed. Plaintiff's counsel is directed to give notice of the scheduling conference to all parties that have appeared in this action, and is directed to give notice of the scheduling conference immediately to each party that makes an initial appearance in the action after this date. (jp) (Entered: 01/03/2008) |
| 01/08/2008 | 27 | NOTICE of Decision: Finality of Conditional Transfer Order; Request to Vacate Hearing Date on Plaintiff's Motion for Remand filed by Defendants Tunney Management, Inc., McDonald's Restaurants of California, Inc., McDonald's Corporation. (Attachments: # 1 Exhibit A (Final CTO-6)# 2 Declaration (Proof of Service on Non ECF User))(Vance, Geoffrey) (Entered: 01/08/2008) |
| 01/08/2008 | 28 | MINUTES OF IN CHAMBERS before Judge John F. Walter: ORDER DENYING PLAINTIFFS MOTION to Remand [24] AS MOOT; and VACATING SCHEDULING CONFERENCE. In light of the transfer of this action by the United States Judicial Panel on Multidistrict Litigation to the United States District Court for the Northern District of Illinois, Plaintiffs Motion to Remand is DENIED as Moot. In addition, the Scheduling Conference currently set for February 4, 2008, at 8:30 a.m., in this Court is hereby VACATED. (Made JS-6. Case Terminated.) (jp) (Entered: 01/09/2008) |
| 01/08/2008 | 29 | CONDITIONAL TRANSFER ORDER (CTO-6) from the Judicial Panel on Mutidistrict Litigation MDL 1784, transferring case to USDC, Northern District of Illinios at Chicago. Certified copy of Complaint with certified copy of the transfer order, docket sheet sent. (Case Closed). (jp) (Entered: 01/09/2008) |
| 01/11/2008 | 30 | Transfer Out Transmittal Letter. A certified copy of Conditional Transfer Order with the docket sheet and entire original file in the action sent to USDC, Northern District of Illinois at Chicago on 1/11/2008. (jp) (Entered: 01/11/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/11/2008 11:27:25 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-07615-JFW-E |
| Billable Pages: | 5 | Cost: | 0.40 |

**A CERTIFIED TRUE COPY**

DEC 2 7 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
**DECEMBER 27, 2007**
MICHAEL W. DOBBINS
UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**07 C 7266**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 7 2007

FILED
CLERK'S OFFICE

***CLOSED***

IN RE: MCDONALD'S FRENCH FRIES LITIGATION

R.K., etc. v. McDonald's Corp., et al.,
C.D. California, C.A. No. 2:07-7615

MDL No. 1784

CV07-7615 JFW (Ex)

**CEM**

**JUDGE BUCKLO**

CONDITIONAL TRANSFER ORDER (CTO-6)

On August 14, 2006, the Panel transferred three civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 444 F.Supp.2d 1342 (J.P.M.L. 2006). Since that time, six additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Elaine E. Bucklo.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Bucklo.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of August 14, 2006, and, with the consent of that court, assigned to the Honorable Elaine E. Bucklo.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

I hereby attest and certify on 1/11/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____ Deputy

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

2008 JAN -8 PM 3: 33

FILED

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

0136

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ DOROTHY McKELLER-FLOWERS
DEPUTY CLERK
U.S. DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS
DATE JANUARY 7, 2008