# Transfer-In Cover Page

| | |
|---|---|
| RK, a minor, by & through her | ) |
| a minor, by & through her | ) Transfer Court Case No.: 07CV7615 JFW(Ex) |
| Guardian ad Litem, Shilo Knoll | ) |
| -v- | ) |
| McDonald's Corp. | )   Our Case No.:  07cv7266 |
| | )   Judge:   Elaine E. Bucklo |
| | ) |

ONE VOLUME OF PLEADINGS